FILED

2013 MAR -4  PM 3: 26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
David L. Cheng (SBN 240926)
David.Cheng@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs Adam Rasico
and Eric Dias

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ADAM RASICO and ERIC DIAS, individually and on behalf of others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No.: 2:12-cv-09026 ABC (JCGx)<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT FOR:**<br><br>(1) **Violations Of California Consumer Legal Remedies Act;**<br>(2) **Violations of Unfair Business Practices Act;**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Adam Rasico and Eric Dias ("Plaintiffs") bring this action against Defendant Ford Motor Company ("Ford") by and through their attorneys, individually and behalf of all others similarly situated ("Class Members"), and allege as follows:

## INTRODUCTION

1. Plaintiffs bring this action individually and on behalf all persons in the United States who purchased or leased, not for resale, any 2005 through 2007 Ford Freestyle or 2005 through 2007 Mercury Montego vehicles equipped with a continuously variable transmission ("CVT" or "CVT Transmission") (collectively, "Class Vehicles") manufactured, distributed, and sold by Ford Motor Company.

2. On information and belief, beginning in 2005, if not before, and prior to Plaintiffs' purchase of their class vehicles, that Defendant knew or should have known that the Class Vehicles and their CVT Transmission contain one or more design and manufacturing defects causes them to prematurely breakdown and suffer mechanical failure ("the CVT Defect" or "CVT Transmission Defect").

3. A continuously variable transmission is a type of automatic transmission that allegedly provides more useable power, better fuel economy and a smoother driving experience than a traditional automatic transmission. Unlike traditional transmissions with a gearset, a continuously variable transmission uses a system of pulleys with a metal belt or chain running between them which enables the engine to run at its most efficient revolutions per minute (RPM) for a range of vehicle speeds.

4. When premature breakdown and mechanical failure occurs, the affected Class Vehicles are no longer safe to operate and require repairs costing thousands of dollars. Furthermore, due to the nature of the CVT Transmission Defect, consumers have frequently experienced and will continue to experience

unexpected and premature CVT Transmission failure while driving. CVT Transmission failure while driving results in unsafe conditions, including but not limited to loss of forward propulsion, significant delays in acceleration, loud noises coming from the CVT Transmission, Class Vehicles operating in emergency running mode, drivers receiving error messages, stalling, and the inability to use the reverse gear.

5. These conditions present a safety hazard due to the sudden and unexpected transmission failure that Class Vehicles can experience while in operation. The Class Vehicles and their CVT Transmissions can fail, suddenly and unexpectedly, at any time and under any driving condition or speed. Further, sudden loss of forward propulsion and delayed acceleration can have serious effects on handling, stability, acceleration, and maintenance of speed. These conditions and risks can thereby contribute to traffic accidents, which can result in personal injury or death.

6. Since 2005, if not before, Ford has known that the CVT Transmissions were defectively designed, assembled, and manufactured. Rather than alerting Class Members of this safety hazard and offering to repair the Class Vehicles, Ford has concealed this problem from its customers at the time of purchase or lease and thereafter.

7. Because Ford will not notify Class Members that the CVT Transmission is defective, Plaintiffs and Class Members (as well as members of the general public) are subjected to dangerous driving conditions that often occur without warning. As a result of the CVT Transmission Defect, Ford, through its dealers, has also profited by selling replacement parts to Class Members.

8. The Freestyle comes equipped with the CVT Transmission.[1] Had Plaintiffs and the other Class Members at the time of purchase or lease known

---

[1] The CVT Transmission is an option on the Mercury Montego.

about the defects contained in the Class Vehicles and their CVT Transmissions, the associated monetary repair costs and/or safety hazards, they would not have purchased the said vehicles, or would have paid less for them.

9. Plaintiffs are informed and believe and based thereon allege that as the number of consumer complaints about the CVT Transmission Defect increased, Defendant issued one or more technical service bulletins ("TSB") to only its dealers acknowledging the CVT Transmission Defect for Class Vehicles and implemented one or more fixes that failed to repair the problem.

10. Plaintiffs are informed and believe and based thereon allege that despite notice of the defect from numerous consumer complaints and dealership repair orders, Defendant has not recalled the Class Vehicles to repair the defect, has not offered its customers a suitable repair or replacement free of charge, and has not offered to reimburse the Class Vehicles' owners and leaseholders the costs they incurred relating to diagnosing and repairing the CVT Transmission Defect and the related damage that it causes.

11. Plaintiffs are informed and believe and based thereon allege that Ford knew about and concealed the CVT Transmission Defect that is contained in every Class Vehicle, along with the attendant dangerous safety problems and associated repair costs, from Plaintiffs and Class Members both at the time of sale or lease and thereafter. Had Plaintiffs and the Class Members known about this defect at the time of sale or lease, Plaintiffs and the Class Members would not have purchased the Class Vehicles or would have paid less for them. As a result of their reliance on Defendant's omissions and/or misrepresentation, owners and/or lessees of the Class Vehicles have suffered ascertainable loss of money, property, and/or loss in value of their Class Vehicles.

12. Additionally, as a result of the CVT Transmission Defect contained in the Class Vehicles, Plaintiffs and the Class Members have been harmed and have suffered actual damages in that the Class Vehicles and their CVT

Transmissions have failed or are substantially certain to fail during their expected useful life.

## JURISDICTION

13. This is a class action.

14. Members of the Proposed Class are citizens of states different from the home state of Defendants.

15. On information and belief, aggregate claims of individual Class Members exceed $5,000,000.00, exclusive of interest and costs.

16. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(d).

## VENUE

17. Venue is proper in in this district pursuant to 28 U.S.C. § 1391(a). Ford, through its business of distributing, selling, and leasing the Class Vehicles, has established sufficient contacts in this district such that personal jurisdiction is appropriate, and Ford is deemed to reside in this district pursuant to 28 U.S.C. § 1391(a).

## THE PARTIES

**Plaintiff Adam Rasico**

18. Plaintiff Adam Rasico is a California citizen who resides in Tulare, California. In 2007, Mr. Rasico purchased a used 2005 Ford Freestyle from an authorized Ford dealer in California. At the time of purchase, Mr. Rasico's vehicle had approximately 18,000 miles on the odometer.

19. Mr. Rasico purchased his vehicle primarily for his personal, family, or household purposes. The vehicle was manufactured, sold, distributed, advertised, marketed, and warranted by defendant.

20. Before acquiring his vehicle, Mr. Rasico reviewed and relied on Defendant's website page for the Ford Freestyle.

21. Only after Mr. Rasico purchased the vehicle did the CVT Transmission not function properly. In or around June 2011, with approximately

70,000 miles on the odometer, Mr. Rasico noticed a helicopter-like noise or whine coming from the engine compartment when the transmission was in park or neutral.

22. Between June 2011 and March 2012, the noise became louder.

23. On or around March 19, 2012, with approximately 79,400 miles on the odometer, Mr. Rasico took his vehicle to an authorized Ford dealer complaining, as recorded on his repair order, that the transmission was making "a loud growling noise in park or neutral." The dealer "verified noise coming internally from the [CVT] input shaft & bearing." Mr. Rasico had to pay $94.00 out of pocket for the diagnosis. The dealer informed Mr. Rasico that the CVT would need to be opened and his input shaft and bearing would need to be replaced at a cost to Mr. Rasico of $2,356.04.

24. In or around May, 2012, Mr. Rasico returned to the dealer complaining that his vehicle had totally lost power while driving. The dealer confirmed Mr. Rasico's complaints and told Mr. Rasico that either his CVT would need to be replaced, at a cost of around $5,578, or the input shaft would need to be replaced, at a cost of around $2,356.04. However, the dealer informed Mr. Rasico that a substitute input shaft was not available.

25. In or around August 2012, the dealer was able to acquire a substitute input shaft for Mr. Rasico's CVT. As recorded in the repair order, the dealer "removed transmission and disassembled per customer authorization, found input shaft and rear bearings broken, shaft is worn and output shaft is worn." The dealer replaced Mr. Rasico's CVT's input shaft and bearing, sanded the rear shaft, and reassembled the CVT, adding new fluids. Mr. Rasico had to pay $2042.62 out of pocket for this repair.

26. On or around Monday, August 13, 2012, Mr. Rasico had his vehicle towed back to the dealer, complaining that his transmission was failing to go into gear. The dealer verified Mr. Rasico's complaint and conducted a software

update. Mr. Rasico opted to sell his car to the dealer to avoid incurring further costs and breakdowns.

27. At all times, Mr. Rasico, like all Class Members, has driven his vehicle in a foreseeable manner and in the manner in which it was intended to be used.

**Plaintiff Eric Dias**

28. Plaintiff Eric Dias is a California citizen who resides in San Bruno, California. In or around 2005, Mr. Dias purchased a new 2006 Ford Freestyle from an authorized Ford dealership in Redding, CA.

29. Mr. Dias purchased his vehicle primarily for his personal, family, or household purposes. The vehicle was manufactured, sold, distributed, advertised, marketed, and warranted by Defendant.

30. Before acquiring his vehicle, Mr. Dias reviewed and relied on Defendant's website page for the Ford Freestyle.

31. Only after Mr. Dias purchased the vehicle did the CVT Transmission not function properly. In or around 2006, at approximately 30,000 miles, Mr. Dias noticed the transmission failing to shift from park to drive and from park to reverse. When attempting to shift out of park and pressing the accelerator, the RPMs would shoot up, but the vehicle would fail to move, requiring the driver to release the accelerator, allow the RPMs to fall, and try again in order to engage the transmission.

32. In or around 2008, at approximately 50,000 miles, Mr. Dias noticed that, when trying to accelerate, the RPMs would spike, but the vehicle would fail speed up and exhibit a sensation of slipping or failing to engage. Mr. Dias also noticed a helicopter-like whine coming from the transmission.

33. On or around July 2, 2010, at approximately 77,500 miles, Mr. Dias was driving his Freestyle with his wife and children. While traveling on a busy highway, Mr. Dias's vehicle suddenly lost all forward propulsion, and he had to

coast uphill, at risk of a rear end collision, before finding a suitable place to pull over.

34. Later on July 2, 2010, Mr. Dias took his vehicle to Jones –West Ford, an authorized Ford dealership in Reno, Nevada, complaining of a loss of power and appearance of the wrench and check engine lights. The dealer verified Mr. Dias's concern, finding that the CVT had overheated, among other problems.

35. The dealer removed and installed a new transmission assembly at a cost to Mr. Dias of $6,011.64. Mr. Dias was later able to recover $5865.19 under his extended warranty, leaving him with a net out of pocket cost of $146.45. Because the dealer kept Mr. Dias's vehicle for approximately three weeks, Mr. Dias also had to rent a car to transport himself and his family home from their vacation at an approximate cost of $600.

36. In or around early 2012 at approximately 100,000 miles, Mr. Dias again noticed a helicopter-like whine coming from the CVT.

37. At all times, Mr. Dias, like all Class Members, has driven his vehicle in a foreseeable manner and in the manner in which it was intended to be used.

**Defendant**

38. Defendant Ford Motor Company is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. Ford Motor Company's Corporate Headquarters is located in Dearborn, Michigan. Ford Motor Company designs and manufactures motor vehicles, parts, and other products for sale in the United States and throughout the world. Ford Motor Company is the warrantor and distributor of the Class Vehicles in the United States.

39. At all times relevant herein, Defendant was and is engaged in the

business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in California and throughout the United States of America.

## TOLLING OF STATUTES OF LIMITATION

40. Because the defects in the design or manufacturer of the Class Vehicles and their CVTs cannot be detected until the defects manifests themselves, Plaintiffs and the Class Members were not reasonably able to discover the defects until after purchasing or leasing the Class Vehicles, despite their exercise of due diligence.

41. Plaintiffs and the Class Members had no realistic ability to discern that the Class Vehicles and their CVTs were defective until they experienced the loss of forward propulsion, significant delays in acceleration, and noises coming from the CVT Transmission. Therefore, the discovery rule is applicable to the claims asserted by Plaintiffs and the Class Members.

42. Plaintiffs are informed and believe and based thereon allege that Ford has known of the CVT Defect since at least 2005, if not earlier, and has concealed from or failed to alert owners and lessees of the Class Vehicles of the defective nature of their CVT Transmissions.

43. In addition, even after contacting Ford and/or its authorized agents for vehicle repairs concerning the defective nature of the Class Vehicles, Plaintiffs and Class Members were routinely told by Ford and/or through its authorized agents for vehicle repairs that the Class Vehicles are not defective[2] and that the symptoms could not be duplicated by Ford's authorized agents for

---

[2] Complaint to NHTSA: I BOUGHT MY 2005 FORD FREESTYLE IN JUNE 2010, VERY NICE CAR. A FEW WEEK INTO DRIVING I HEARD A VERY STRANGE NOISE SO I TOOK IT BACK TO THE DEALSHIP TO CHECK, THE TOLD ME THE NOISE IS NORMAL IT IS COMMING FROM THE TRANSMISSION AND THAT SOUND GOES WITH THAT TYPE OF TRANNY(CVT). AUGUST OF 2010 DTIVING ON I95 GOT A POPPING SOUND AND CAR STOP,I TOW IT BACK TO DEALSHIP AND THE TRANSMISSION WENT, (Accessed online, July 25, 2012, available at http://www-odi.nhtsa.dot.gov/complaints/)

vehicle repairs.

44. Any applicable statute of limitation has therefore been tolled by Ford's knowledge, active concealment, and denial of the facts alleged herein. Ford is further estopped from relying on any statute of limitation because of its concealment of the defective nature of the Class Vehicles and their CVT Transmissions.

## FACTUAL ALLEGATIONS

45. For years, Defendant has designed, manufactured, distributed, sold, and leased the Class Vehicles. Defendant has sold, directly or indirectly, through dealers and other retail outlets, thousands of Class Vehicles equipped with the CVT Transmission in California and Nationwide.

46. This lawsuit concerns certain Class Vehicles that are equipped with a factory-installed CVT Transmission.

47. Conventional automatic transmissions have a finite number of gears, usually between three and six. The appropriate gear is automatically selected by the vehicle based on several factors, including vehicle speed, engine revolutions per minute, incline/decline of the vehicle, and vehicle throttle.

48. By contrast, a continuously variable transmission uses two pulleys and a chain that connects the pulleys to each other. The pulleys automatically adjust themselves to different circumferences by increasing or decreasing the circumference of one pulley, and simultaneously decreasing or increasing, respectfully, the circumference of the other pulley. The concept behind operation of the CVT transmission is that the transmission never disengages in order to change the transmission's gear ratio, and that the transmission is capable of adjusting to a very broad number of gear ratios in order to find a suitable ratio for the particular driving circumstances.

49. In 2004, Ford brought Class Vehicles with the CVT Transmissions installed to the market. Unfortunately, the CVT Transmission was plagued with

numerous defects. These defects resulted in functional failure, including but not limited to loss of forward propulsion, significant delays in acceleration, loud noises coming from the CVT Transmission, stalling, the inability to use reverse gear, and total transmission failure while driving.

50. Dating back to 2005, if not earlier, Ford was aware of the defects of the CVT Transmission. Ford, however, failed and refused to disclose these known defects to consumers. As a result of this failure, Plaintiffs and Class Members have been damaged.

**A.     The CVT Transmission Defect Poses An Unreasonable Safety Hazard**

51. The Class Vehicles have habitually suffered the CVT Transmission Defect while in traffic, creating a very serious safety hazard. These failures often result in sudden loss of forward propulsion, significant delays in acceleration and total transmission failure.

52. Hundreds, if not thousands, of purchasers and lessees of the Class Vehicles have experienced problems with the CVT Transmission. Complaints filed by consumers with the National Highway Traffic Safety Administration ("NHTSA") and posted on the Internet demonstrate that the defect is widespread and dangerous, expensive to repair, and that it manifests without warning. The complaints also indicate Defendant's awareness of the problems with the CVT Transmission, the costs associated with the necessary repairs, and how potentially dangerous the defective condition is for consumers. The following are some safety complaints relating to CVT Transmission failure (spelling and grammar mistakes remain as found in the original) (Accessed online, July 24, 2012, available at http://www-odi.nhtsa.dot.gov/complaints/):

**NHTSA Complaints:**

(a) VEHICLE TRANSMISSION FAILED WITHOUT WARNING WHILE DRIVING ON HIGHWAY ON MAY 10, 2011. VEHICLE WAS TOWED TO A LOCAL REPAIR SHOP. WAS TOLD THAT THIS PARTICULAR TRANSMISSION (CVT) HAS A HIGH

FAILURE RATE, IS USUALLY NOT REPAIRABLE, AND IS VERY EXPENSIVE TO REPLACE (OVER $5,600). TRANSMISSION CAN ONLY BE REPLACED WITH THE SAME PROBLEMATIC TRANSMISSION WHICH WILL LIKELY FAIL AGAIN, AND IS ONLY AVAILABLE FROM FORD, AND EVEN REQUIRES SPECIAL TOOLS TO WORK ON IT. VEHICLE ONLY HAS 71K MILES ON IT AND IS PROPERLY MAINTAINED. CONTACTED FORD WHO REFUSED TO HELP, AND CONTACTED DEALERSHIP WHERE PURCHASED WHO REFUSED TO HELP. TRANSMISSION PROBLEM IS WELL DOCUMENTED ALL OVER THE INTERNET, YET THERE IS NO RECALL TO HELP CONSUMERS. FORD SHOULD NOT BE ALLOWED TO GET AWAY WITH STICKING AMERICAN FAMILIES WITH THIS DEFECTIVE AND POORLY MANUFACTURED PRODUCT. *TR

(b) WHILE SITTING IDLE WAITING IN LINE AT A DRIVE THROUGH CHRISTMAS LIGHT DISPLAY, THE TRANSMISSION LIGHT CAME ON IN THE CAR. AFTER LIGHT CAME ON, COULD NOT DRIVE FASTER THAN 35 MPH. TOOK CAR TO PARKWAY FORD IN WINSTON SALEM WHERE IT WAS DIAGNOSED THAT ENTIRE CVT WAS RUINED AND NEEDED TO BE REPLACED. $5,700.00 FOR A REFURBISHED CVT. BASED ON THE NUMBER OF COMPLAINTS NOW ON THIS WEBSITE, SEEMS FORD NEEDS TO TAKE SOME ACTION AND RECALL AS I AM SURE THAT THERE ARE PLENTY OF AFFECTED OWNERS THAT AREN'T AWARE OF THIS PROCESS.

(c) I BOUGHT MY 2005 FORD FREESTYLE IN JUNE 2010, VERY NICE CAR. A FEW WEEK INTO DRIVING I HEARD A VERY STRANGE NOISE SO I TOOK IT BACK TO THE DEALSHIP TO CHECK, THE TOLD ME THE NOISE IS NORMAL IT IS COMMING FROM THE TRANSMISSION AND THAT SOUND GOES WITH THAT TYPE OF TRANNY(CVT). AUGUST OF 2010 DTIVING ON I95 GOT A POPPING SOUND AND CAR STOP,I TOW IT BACK TO DEALSHIP AND THE TRANSMISSION WENT, THE PUT A NEW TRANNY IN IT WAS COVERED BY MY WARRANTY, JANUARY 2012 GOT THE SAME SOUND AGAIN AND I WAS TOLD THAT THE TRANNY IS NOT GOOD,SO I NEED A NEW ONE AGAIN IT IS COVERED. SO U SEE FORD IS NOT TAKING RESPONABITLY FOR THERE MISTAKE, PLEASE HELP ALL OF US THAT HAVE 2005 FORD FREESTYLE

    PROBLEMS

(d) MY VEHICLE HAS A CVT (CONTINUOUSLY VARIABLE TRANSMISSION). THE "CHECK TRANSMISSION" LIGHT COMES ON, CAR ONLY GOES ABOUT 30 MPH WITH ENGINE AT 4,000 RPM. TURN CAR OFF AND BACK ON AND THE PROBLEM IS GONE FOR A FEW MINUTES BUT THEN RECURS. WHILE THIS PROBLEM IS HAPPENING THE CAR IDLES AT 2,000 RPM (INSTEAD OF 800). IF YOU TAKE YOU FOOT OFF THE BRAKE WHILE SITTING STILL THE CAR WILL LUNGE FORWARD UNEXPECTEDLY. THE FORD DEALERSHIP (ALLAN VIGIL IN MORROW, GA) QUOTED $5,800 TO REPLACE THE TRANSMISSION. THEY DID NOT TELL ME THAT IT WOULD BE A REBUILT TRANSMISSION. IT SEEMS THE CVT TRANSMISSION IS NO LONGER MANUFACTURED AND FORD CAN ONLY REBUILD THE TRANSMISSION. THERE SEEM TO BE MANY SIMILAR COMPLAINTS ABOUT THIS VEHICLE YET FORD SAYS THEY ARE "VERY SURPRISED" AT THE FAILURE. INTERESTINGLY, I DID NOT MENTION THE "LUNGING" ISSUE TO THE SERVICE ADVISOR. BEFORE MY CAR WAS MOVED FROM THE SERVICE LANE HE NOTED LUNGING ON THE REPORT. IF THE PROBLEM ISN'T WIDESPREAD HOW DID HE KNOW THAT? BASICALLY, I HAVE A 6 YEAR OLD CAR THAT HAS BEEN METICULOUSLY MAINTAINED BY THE DEALERSHIP. AND A COMMON POINT OF FAILURE IS NO LONGER MANUFACTURED AND I HAVE TO PAY ALMOST $6000 TO HAVE THE CVT REBUILT. THE FREQUENT CVT FAILURE AND THE LUNGING ISSUE IN MY OPINION SHOULD BE RECALLED BY FORD.

(e) MY 2006 FORD FREESTYLE IS ABSOLUTELY THE WORST MADE CAR I HAVE EVER OWNED! THROTTLE BODY PROBLEM... 50,000 MILES, CHECK! AC COMPRESSOR GOES BAD.... 60,000 MILES, CHECK! AND NOW BEGINNING AT 79,000 MILES THE CVT TRANSMISSION IS TRASHED! $6000 TO FIX AND YOU CAN'T EVEN GET A NEW ONE! I DROVE IT KNOWING IT WOULD GO BAD ANOTHER 3000+ MILES BECAUSE I WAS DESTINED TO SPEND A LOT OF MONEY EITHER WAY. THE MECHANIC ACTUALLY SUGGESTED I TRADE IT IN WHEN IT BEGAN. WOULD THAT HAVE BEEN FAIR TO WHOMEVER BOUGHT IT? THESE ARE ALL COMMON

EARLY MILEAGE PROBLEMS WITH THE FREESTYLES! THERE ARE NUMEROUS POSTS ABOUT OTHER OWNERS WITH THE SAME PROBLEMS, ESPECIALLY THESE THREE AND THERE ARE A COUPLE MORE THAT FORTUNATELY I HAVE DODGED TO THIS POINT. WHAT IS FORD GOING TO DO? JUST LET THOSE OF US WHO BOUGHT FREESTYLES WITH CVT SUFFER. WHAT ABOUT THE FACT THAT YOU STOPPED USING THE CVT TRANSMISSION ON THE TAURUS X? WHY? I THINK WE KNOW BASED ON THE NUMEROUS CVT FAILURES AT SUCH LOW MILEAGE. BUT NOT LOW ENOUGH TO BE COVERED BY WARRANTY.

(f) I HAVE A 2006 FORD FREESTYLE THAT THE ENGINE SURGES WITH OUT PRESSING THE GAS. ALSO, THE AWD AND TC FUNCTION ISN'T WORKING AND WE ARE ALSO GETTING INSTRUMENT PANEL WARNINGS FOR NO SEAT BELT, AIR BAG WARNINGS. FORD SAYS I NEED TO REPLACE CVT TRANSMISSION TO FIX. *TR

(g) OUR 2007 FORD FREESTYLE (70124) BEGAN MAKING A NOISE IN PARK AND NEUTRAL. TOOK IT TO DEALERSHIP AND WAS TOLD THE CVT TRANSMISSION NEEDED TO BE REPLACED AT A COST OF $4384 WITH LABOR AND FLUSH $5618.87 TO REPAIR. AFTER READING OTHER ACCOUNTS HERE I ALSO RECOGNIZE THE LURCHING FORWARD. TRIED TO TRADE VEHICLE BUT COST OF REPAIR TAKES AWAY TRADE IN VALUE. WE WILL WAIT FOR A PUSH PULL AND DRAG SALE AND TRY TO GET AT LEAST ENOUGH FOR IT TO GET ANOTHER VEHICLE. WAS TOLD THAT THE NEW REPLACEMENT TRANSMISSION CARRIES A 100,000 MILE WARRANTY. WHY DID THE CURRENT TRANSMISSION HAVE ONLY 60,000 MILE WARRANTY. WE WERE TOLD FORD IS THE ONLY PLACE TO GET THE NEW TRANSMISSION. WIN WIN SITUATION FOR FORD AT CUSTOMER EXPENSE. ONE SOLUTION FOR FORD TO CONSIDER IF THEY CANNOT DO A RECALL IS TO REFINANCE VEHICLES FOR TRANSMISSION REPAIR AT COST. THEY SHOULD NOT JUST ABANDON THEIR CUSTOMERS. *TR

(h) A 2007 FORD FREESTYLE TRANSMISSION FAILURE. IT WAS ONLY A FEW THOUSAND MILES OUT OF WARRANTY AND

BARELY 3 YEARS OLD. THIS IS A TRANSMISSION ISSUE WITH THE CVT TRANSMISSION THAT EVERYONE IN THE INDUSTRY SEEMS TO BE FULLY AWARE OF AND FORD REFUSES TO STAND BEHIND THEIR PRODUCT. HOWEVER, FORD IS HAPPY TO CHARGE ME $5000 TO HAVE IT FIXED BY THEM. I AM VERY DISAPPOINTED IN THEIR LACK OF INTEGRITY OF STANDING BEHIND THEIR PRODUCT. *TR

(i) MY 2005 MERCURY MONTEGO WITH JUST OVER 18, 000 MILES SUDDENLY WENT DEAD, WHILE PARTIALLY PULLED OUT IN TRAFFIC. IT WAS TRACED TO THE CVT TRANSMISSION. NO HARM OCCURRED, BUT I AM GOING TO GET RID OF THE CAR. I ALSO NOTICED INFO ON THE INTERNET WITH CVT PROBLEMS. I SEE TOO THAT FORD PULLED OUT THE CVT TRANSMISSIONS ON ITS NEW MODELS FOR THE SABLE (WHICH WAS THE MONTEGO) AND TAURUS. I HAD TO PAY JUST OVER $1900 ON THIS REPAIR-- WHICH I DO NOT BELIEVE IS FAIR, AS IT APPEARS TO BE A DEFECT WITH THE CVT. *TR

(j) 2006 MERCURY MONTEGO NEEDS A NEW TRANSMISSION. IT IS A CVT TRANSMISSION. DEALER STATED THAT NOW THEY KNOW THEY HAVE PROBLEMS BUT THAT THEY DIDN'T KNOW WHEN THEY FIRST STARTED TO SELL THEM.

(k) TRANSMISSION ON 2006 MERCURY MONTEGO PREMIER AWD/ CVT TRANSMISSION WENT OUT WITH ONLY 78429 MILES ON IT. *TR

(l) 2007 MERCURY MONTEGO:   FIRST AT 56K MILES WHEN PUTTING THE CAR INTO REVERSE IT WOULDN'T GO INTO GEAR, UNDER WARRANTY FORD CHANGED THE FLUID SAID NOTHING ELSE WAS WRONG, GOT CAR BACK AND IT STILL DID SAME THING, TOOK BACK TO FORD NOTHING WRONG BUT CAR CONTINUED TO HAVE SAME PROBLEM AND A THE MOTOR NOISE GOT LOUDER. THEN AT 112K CAR WOULDN'T GO INTO GEAR, HIGH SPEED WAS 10MPH. IT WAS THE CVT TRANSMISSION. CALLED NUMEROUS TRANSMISSION GARAGES NO ONE WORKS ON THEM. FOUND ONE THAT WOULD LOOK AT IT, THEY CONFIRMED IT WAS THE TRANSMISSION, FORD WOULD NOT RELEASE ANY PARTS

FOR REBUILDING IT. THEN FORD WOULD NOT RELEASE A REFURBISHED TRANSMISSION FOR IT, THEN THEY CLAIMED THE GARAGES JUST HAD A MISS COMMUNICATIONS. CALLED FORD CUSTOMER SERVICE, THEY SAID CALL BACK IN 48 HRS HAD TO CALL THEM BACK A WK N HALF LATER, JUST TO BE TOLD BY KIM THE SUPERVISOR THAT SHE HOPES I HAVE A NICE DAY. ENDED UP PAYING $6800. TO HAVE MY TRANSMISSION REPLACED WITH A REFURBISHED ONE FROM TENN. HAD TO PAY XTRA SHIPPING. FORD QUIT MAKING THE CVT BECAUSE THEY KNOW THE PROBLEMS THAT IT HAS AND IS NOT STANDING BEHIND THEIR ERROR.

**Internet Postings:**

(a) Another CVT problem with the 2005 Freestyle transmission. The car blew a 7" hole in the transmission on the Interstate out of Colorado Springs. It was a wonder that we were not killed in the traffic as the car stalled and began to smoke. Quotes to fix the problem from nearby dealerships were in the neighborhood of $5000 to $5500. We called the Ford main customer service #1-800-392-3673 to no avail. . . . (Accessed online, July 24, 2012, available at http://townhall-talk.edmunds.com/direct/view/.f0da870/299).

(b) We are also having issues with our 2005 Freestyle "CVT" transmission. Made sevaral calls and visits to Ford, They say theres nothing they can do for us, we have tried getting the trans fixed, but most parts are hard to find and very expensive, Why would Ford make this kind of trans, then not have the parts to fix it? And why are their parts so expensive ? Im VERY disappointed with Ford, and will never purchase another car from them ! Now what are we suppose to do with the Freestyle that sits in our garage, the body and inside are in perfect shape, hate to have to junk the car. With the economy the way it is, we all cant just go out and buy new cars. i believe that Ford needs to recall the freestyles and fix them! (Accessed online, July 24, 2012, available at http://townhall-talk.edmunds.com/direct/view/.f0da870/347).

(c) Here's my experience. I have a 2006 Freestyle. In October 2009 at 55,000 miles I had to have the transmission replaced (thank goodness I had the extended warrenty. Then again in August 2011 at 83,000 miles I had to have it replaced again.....again it was under warrenty. It has a 3 year warrenty on the current transmission. If it wasn't for we still owe on the car I'd be getting rid of it. I can't believe I've had to have the

FIRST AMENDED CLASS ACTION COMPLAINT

transmission replaced TWICE and the car is only 5 years old!!! Anyway, my suggestion.......new car! This one is not worth the headache! (Accessed online, July 24, 2012, available at http://townhall-talk.edmunds.com/direct/view/.f0d8ce7).

(d) I purchased my 2007 freestyle in April 2088 with just over 10,000 miles. The transmission went in 2009, not sure of mileage and had to be repaired. This month at approximately 48,000 miles it went again. Service decided to would be more cost effective to replace with a refurbished transmission. The car is only 3 yrs old! The refurbished transmission (not new) only has a limited warranty and was told by service that if it goes again after warranty, it could cost 3000 to 5000 dollars to fix. I believe Ford new about the problems with the transmission on these cars and purposely failed to tell of potential transmission problems. (Accessed online, July 24, 2012, available at http://www.edmunds.com/ford/freestyle/2007/consumer-reviews.html?style=100742888).

53. The CVT Transmission Defect poses an unreasonable safety risk for Class Members, as well as the drivers, passengers, and pedestrians sharing the road with Class Vehicles. A vehicle's ability to maintain forward propulsion, to accelerate, and the ability of a vehicle's transmission to perform properly are each critical to the safe operation of a motor vehicle. A defect that causes one or more of these negative characteristics clearly poses a safety hazard to the general public, and increases the risk of automobile accidents.

**B.  Defendant Has Exclusive Knowledge Of The CVT Transmission Defect**

54. Defendant has superior and exclusive knowledge of the CVT Transmission Defect, and knew or should have known that the defect was not known or reasonably discoverable by Plaintiffs and Class Members prior to their purchase or lease of the Class Vehicles.

55. Plaintiffs are informed and believe and based thereon allege that before Plaintiffs purchased his vehicle, and since 2005, if not before, Ford knew about the transmission defect through sources not available to consumers,

including pre-release testing data, early consumer complaints about the transmission defects to Ford and its dealers, testing conducted in response to those complaints, high failure rates and replacement part sales data, aggregate data from Ford dealers, among other internal sources of aggregate information about the problem.

56. In June 2006 and January 2007, Defendant issued one or more technical service bulletins ("TSB") to only its dealers acknowledging the CVT Transmission Defect for Class Vehicles. In these TSBs, Defendant implemented a variety of cheaper, albeit temporary, fixes instead of replacing the defective CVT Transmissions.

57. The existence of the CVT Transmission Defect is a fact that would be considered material by a reasonable consumer deciding whether to purchase or lease a vehicle that was equipped with a CVT Transmission. Had Plaintiffs and other Class Members known that the Class Vehicles were equipped with defective CVT Transmissions, they would not have purchased the Class Vehicles equipped with the CVT Transmissions or would have paid less for them.

58. Reasonable consumers, like Plaintiffs, expect and assume that a vehicle's transmission is safe, will function in a manner that will not pose a safety hazard, and is free from defects. Plaintiffs and Class Members further expect and assume that Defendant will not sell or lease vehicles with known safety defects, such as the CVT Transmission Defect, and will disclose any such defects to its consumers when it learns of them. They do not expect Ford to fail to disclose the CVT Transmission Defect to them, to continually deny the defect, and to charge them thousands of dollars to repair defective CVT Transmissions.

**C. Ford Has Actively Concealed The CVT Transmission Defect**

59. While defendant has been fully aware of the CVT Transmission Defect in the Class Vehicles, it has actively concealed the existence and nature of the defect from Plaintiffs and Class Members at the time of purchase, lease or

repair and thereafter. Specifically, defendant has failed to disclose or actively concealed at and after the time of purchase, lease, or repair:

    (a)    any and all known material defects or material nonconformity of the Class Vehicles, including the defects relating to the CVT Transmissions;

    (b)    that the Class Vehicles, including their CVT Transmissions, were not in good in working order, were defective, and were not fit for their intended purposes; and

    (c)    that the Class Vehicles and their CVT Transmissions were defective, despite the fact that they learned of such defects through customer complaints, as well as through other internal sources, as early as 2005.

60. Defendant has caused Plaintiffs and Members of the Class to expend money at its dealerships to repair or replace the Class Vehicles' CVT Transmission, despite Defendant's knowledge of the defect.

61. When consumers present the Class Vehicles to an authorized Ford dealer for repair of the CVT Transmission, consumers are typically told that they must pay for the repair. The cost of repairing the CVT Transmission Defect can range from approximately two (2) to five (5) thousand dollars.

62. To this day, defendant still has not notified Plaintiffs and the Class Members that the Class Vehicles suffer from a systemic defect that causes the CVT Transmission to malfunction.

63. Defendant has caused Plaintiffs and Class Members to expend money at its dealerships to diagnose, repair or replace the Class Vehicles' CVT Transmissions, despite Defendant's knowledge of the CVT Transmission Defect.

## CLASS ACTION ALLEGATIONS

64. Plaintiffs bring this lawsuit as a class action on behalf of themselves and all others similarly situated as members of the proposed Class pursuant to

Federal Rules of Civil Procedure 23(a) and (b)(3) and/or (b)(2). This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of those provisions.

65. All claims alleged herein arise under California law for which Plaintiffs seeks relief authorized by California law.

Class: All purchasers and lessees of any 2005 through 2007 Ford Freestyle or 2005 through 2007 Mercury Montego vehicle who reside in the United States (the "Nationwide Class").

66. Plaintiffs propose the following Sub-Classes (collectively, the "Statewide Sub-Classes" or the "Sub-Classes"):

California Sub-Class: All members of the Nationwide Class who reside in the state of California (the "California Sub-Class").

67. Excluded from the Nationwide Class and the Sub-Classes are Defendant, its affiliates, employees, officers and directors, persons or entities that purchased the Class Vehicles for resale, and the Judge(s) assigned to this case. Claims for personal injury are specifically excluded from the Class. Plaintiffs reserve the right to modify the Nationwide Class and Sub-Class definitions if discovery and/or further investigation reveal that they should be expanded or otherwise modified.

68. <u>Numerosity</u>: Although the exact number of Class Members is uncertain and can only be ascertained through appropriate discovery, the number is great enough such that joinder is impracticable. The disposition of the claims of these Class Members in a single action will provide substantial benefits to all parties and to the Court. The Class Members are readily identifiable from information and records in Defendant's possession, custody or control, as well as from records kept by the Departments of Motor Vehicles of various states.

69. <u>Typicality</u>: The claims of the representative Plaintiffs are typical of the claims of the Class in that the representative Plaintiffs, like all Class