1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ADAM RASICO and ERIC DIAS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case Number: CV12-09026-ABC (JCGx)<br><br>Hon. Audrey B. Collins<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING CONSOLIDATION OF RELATED CASES AND FOR MODIFICATION/SETTING OF PRE-TRIAL SCHEDULING DATES**<br><br>Complaint Filed:  August 31, 2012<br>Date of Removal: October 19, 2012<br>Trial Date:  None Set |
| *This [Proposed] Order also relates to:*<br>LEONA JACKSON and VALERIAN GIRARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No.:  CV12-10156-ABC (JCGx)<br><br>Hon. Audrey B. Collins<br><br>**CLASS ACTION**<br><br>Case Filed:  November 28, 2012<br>Trial Date:  None Set |

# [PROPOSED] ORDER

The Court, having reviewed the contents of the Joint Stipulation Regarding Consolidation of Related Cases and for Modification/Setting of Pre-Trial Scheduling Dates, submitted by Plaintiffs Adam Rasico, Eric Dias, Leona Jackson and Valerian Girard ("Plaintiffs") and Defendant Ford Motor Company ("Defendant") (collectively, the "Parties"), and finding good cause therein, hereby orders as follows:

## CONSOLIDATION OF RELATED CASES

1. As set forth in the Court's order dated December 3, 2012 (*Jackson* Dkt. No. 7), counsel for Plaintiffs identified the following cases as being related within the meaning of Central District of California Civil Local Rule 83-1.3:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Rasico, et al. v. Ford Motor Co.* | CV12-09026 | Aug. 31, 2012 |
| *Jackson, et al. v. Ford Motor Co.* | CV12-10156 | Nov. 28, 2012 |

2. The Court finds that there is a factual overlap between the two cases in that both cases arise from allegations that Defendant designed, manufactured, distributed, marketed, sold, and/or leased certain model year Ford vehicles equipped with continuously variable transmissions ("CVTs") that Defendant knew contain one or more design and/or manufacturing defects causing them to be prone to sudden and premature failure.

3. As such, pursuant to Federal Rule of Civil Procedure 42(a), the Court finds that resources can be preserved and the cases can be efficiently litigated by engaging in coordinated discovery and certain aspects of pre-trial case management.

4. Therefore, it is hereby ordered that, pursuant to Federal Rule of Civil Procedure 42(a), *Rasico* and *Jackson* should be consolidated before this Court in the first-filed case, Case No. CV12-09026-ABC (JCGx), for the purposes of discovery, class certification and dispositive motions. Following the Court's rulings on Plaintiffs' Motion for Class Certification and Defendant's Motion for Summary Judgment, if any claims

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING CONSOLIDATION AND FOR MODIFICATION/SETTING OF PRE-TRIAL SCHEDULING DATES

remain, the Court will set a status conference to discuss further scheduling issues and/or consolidation of the cases for trial.

5. The docket in Case No. CV12-09026-ABC (JCGx) shall constitute the Master Docket for this action.

6. Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| In re Ford CVT Litigation | Case Number: CV12-09026-ABC (JCGx) <br> Hon. Audrey B. Collins <br> **CLASS ACTION** <br> **[DOCUMENT NAME]** |
|---|---|

7. Plaintiffs or Defendant may file a Notice of Related Cases under Central District of California Civil Local Rule 83-1.3 or a Notice of Pendency of Other Actions or Proceedings under Central District of California Civil Local Rule 83.1.4 whenever either party determines that a related action that should be consolidated into this action is filed in, or transferred to, this District. If a party objects to the consolidation of the subsequently-filed case with this case, such party shall file a motion with the Court within 14 days after the Notice of Related Cases is filed. If the Court determines that the case is related, the clerk shall:

    (a) place a copy of this Order in the separate file for such action;
    (b) serve on plaintiff's counsel in the new case a copy of this Order;
    (c) direct that this Order be served upon the parties in the new case; and
    (d) make the appropriate entry in the Master Docket.

8. All cases that are determined to be related actions by the Court which are subsequently filed in, or transferred to, this District, shall be consolidated into this action in accordance with this Order. This Order shall apply to every such action, absent order of the Court. If a party of the subsequently-filed case objects to such consolidation, or to any other provision of this Order, that party must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel.

9. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown, and shall not preclude Ford from raising any argument it may have regarding differences among the plaintiffs and the vehicles at issue in the two cases.

## MODIFICATION/SETTING OF PRE-TRIAL SCHEDULING DATES

10. The Court also finds that there is good cause for coordinating certain pre-trial scheduling dates.

11. Therefore, it is hereby ordered that the following pre-trial scheduling dates be modified and/or set as follows in both *Rasico* and *Jackson*:

- Last day for *Jackson* plaintiffs to add claims/parties: **September 4, 2013**
- Summary Judgment:
  - Ford's Motion(s) for Summary Judgment on the individual Plaintiffs' claims, and expert witness reports in support of the motion(s), shall be filed by **June 6, 2014,** with a briefing schedule based on the local rules but subject to amendment by the Court or stipulation of the parties.
- Class Certification:
  - Motion for Class Certification, and expert witness reports in support of the motion, shall be filed and/or served on **September 5, 2014**

3

- Brief in opposition to Motion for Class Certification, and expert witness reports in support of the opposition, shall be filed and/or served on **October 24, 2014**.
- Reply brief in support of Motion for Class Certification, and Plaintiffs' rebuttal expert report, if any, shall be filed and/or served on **December 10, 2014**.
- Depositions of expert witnesses offered in support of Plaintiffs' motion for class certification shall be completed within 30 days after filing of Plaintiffs' motion for class certification, subject to stipulation between the Parties.
- Depositions of expert witnesses offered in opposition to Plaintiffs' motion for class certification shall be completed within 30 days after filing of Defendant's brief in opposition, subject to stipulation between the Parties.
- Hearing on Motion for Class Certification: **January 13, 2015 at 10:00 a.m.**
- Discovery Cut-Off, Final Pre-trial Conference, and Jury Trial in both cases are to be set after ruling of Motion for Class Certification.
- Dates for designation of experts and expert reports for trial in both cases, and dates for completion of depositions of those experts, shall be set by the Court following ruling on Plaintiffs' motion for class certification.

IT IS SO ORDERED.

Dated:  7/15/13

*/s/ Audrey B. Collins*

Honorable Audrey B. Collins
United States District Court Judge

4

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING CONSOLIDATION AND FOR MODIFICATION/SETTING OF PRE-TRIAL SCHEDULING DATES