JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

In re Ford CVT Litigation

Case Number: 2:12CV-09026-ABC (JCGx)
(consolidated with CV12-10156-ABC
(JCGx))

Hon. Audrey B. Collins

**CLASS ACTION**

**[~~PROPOSED~~] ORDER OF DISMISSAL
WITH PREJUDICE**

The Court, having reviewed the contents of the Joint Stipulation of Dismissal With
Prejudice, submitted by Plaintiffs Adam Rasico, Eric Dias, Leona Jackson and Valerian
Girard ("Plaintiffs") and Defendant Ford Motor Company ("Defendant") (collectively, the
"Parties"), and finding good cause therein, hereby orders that all claims in the above-
captioned actions are DISMISSED WITH PREJUDICE, with each party to bear its own
costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   6/6/14

_Audrey B. Collins_
Honorable Audrey B. Collins
United States District Court Judge